November 1, 1972.

M. P. No: 1190. CARL W. FRAZIER v. FRANCIS A. HOWARD, *Warden.* Petition for writ of habeas corpus granted. Argument limited to (1) the question of competency of counsel and (2) the question raised by petitioner claiming that his constitutional right to confrontation was violated. Motion for leave to amend petition for writ of habeas corpus filed by petitioner pro se is denied. *William F. Reilly,* Public Defender, *Alton W. Wiley,* Asst. Public Defender, for petitioner. *Richard J. Israel, Attorney* General, *Donald P. Ryan,* Asst. Attorney General, for respondent.